USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 06/04/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TERRY KLEIN, *derivatively on behalf of LogMeIn, Inc.*, | **ORDER** |
| Plaintiff, | 15 Civ. 8143 (ER) |
| -against- | |
| CADIAN CAPITAL MANAGEMENT, LP, CADIAN FUND LP, CADIAN MASTER FUND LP, CADIAN GP, LLC, CADIAN CAPITAL MANAGEMENT GP, LLC, ERIC BANNASCH, and LOGMEIN, INC., | |
| Defendants. | |

---

| | |
|---|---|
| TERRY KLEIN, *derivatively on behalf of Green Plains, Inc.*, | **ORDER** |
| Plaintiff, | 15 Civ. 8145 (ER) |
| -against- | |
| CADIAN CAPITAL MANAGEMENT, LP, CADIAN FUND LP, CADIAN MASTER FUND LP, CADIAN GP, LLC, CADIAN CAPITAL MANAGEMENT GP, LLC, ERIC BANNASCH, and GREEN PLAINS, INC., | |
| Defendants. | |

---

Ramos, D.J.:

On May 16, 2018, counsel for Plaintiff informed the Court that Plaintiff's equity holdings in Defendant companies LogMeIn and Green Plains were sold to satisfy a judgment creditor, and requested a stay in light of the Second Circuit's pending decision in related case *Klein v. Cadian Capital Management, LP et al*, No. 17-3218. *See* Doc. 59 (15 Civ. 8143), Doc. 56 (15 Civ.

8145).  Defendants requested that the Court instead dismiss the actions.  *See* Doc. 60 (15 Civ.

8143), Doc. 57 (15 Civ. 8145).

Having considered Plaintiff's motion, Defendants' request to move for dismissal, the

papers filed in support of and in opposition to those submissions, and the arguments of counsel,

the Court, for the reasons stated onto the record on May 31, 2018, GRANTS Plaintiff's motion to

stay the case.

The Clerk of Court is directed to stay the cases and terminate the motions (Doc. 59 (15

Civ. 8143) and Doc. 56 (15 Civ. 8145)).  It is SO ORDERED.


Dated:     June 4, 2018
           New York, New York

Edgardo Ramos, U.S.D.J.