OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
COUNSELORS AT LAW

570 LEXINGTON AVENUE
NEW YORK, NY 10022-6837
TEL: (212) 681-0600
FAX: (212) 681-0300

GLENN F. OSTRAGER
gostrager@ocfblaw.com

February 26, 2019

**VIA ECF**

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Terry Klein v. Cadian Capital Management, LP*, 15-cv-08143-ER ("*LogMeIn*")

Dear Judge Ramos:

    We are co-counsel for the plaintiff in this action and write to advise that the parties have reached a settlement. The parties will be preparing and filing with the court a submission describing the settlement and any judicial relief being requested. We request that the Court vacate the schedule on plaintiff's motion to substitute (Dkt. # 069).

Respectfully,

Glenn F. Ostrager

cc: All counsel