IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY KLEIN, derivatively on behalf of LOGMEIN, INC.,<br><br>         Plaintiff,<br><br>    – against --<br><br>CADIAN CAPITAL MANAGEMENT, LP, CADIAN FUND LP, CADIAN MASTER FUND LP, CADIAN GP, LLC, CADIAN CAPITAL MANAGEMENT GP, LLC, ERIC BANNASCH and LOGMEIN, INC.,<br><br>         Defendants. | 15 Civ. 08143 (ER) |

**NOTICE OF MOTION ON CONSENT TO APPROVE SETTLEMENT AND AWARD ATTORNEYS FEES**

PLEASE TAKE NOTICE, that upon the (i) Plaintiff's Memorandum of Law in Support of Motion to Approve Settlement pursuant to Fed. R. Civ. P. 23.1(c); (ii) Declaration of Glenn F. Ostrager dated May 7, 2019; (iii) Declaration of Paul D. Wexler dated May 6, 2019; (iv) Stipulation of Settlement dated May 3, 2019 with a Proposed Order and Judgment; and (v) all prior papers, pleadings and proceedings in this action, Plaintiff Terry Klein and proposed substitute Plaintiff Todd Hakimi by their undersigned attorneys, will move this Court at such time and place as the Court designates, before the Honorable Edgardo Ramos, at the United States Courthouse located at 40 Foley Square, New York, New York 10007 for an Order and Judgment (the "Judgment"): a) approving the settlement and discontinuing the action; b) approving the agreed upon award of

attorneys' fees and reimbursement of expenses;  and c) for any other relief that the Court deems just and proper.

New York, New York
May 7, 2019

                                                          /s/ Paul D. Wexler
                                                        PAUL D. WEXLER

110 E. 59th Street, 23rd Floor
New York, New York 10022
(212) 317-0777


OSTRAGER CHONG FLAHERTY
  & BROITMAN P.C.

570 Lexington Avenue
New York, New York 10022
(212) 681-0600


*Attorneys for Plaintiff Terry Klein*
*And Proposed Substitute Plaintiff*
*Todd Hakimi*

2