**EXHIBIT 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY KLEIN, derivatively on behalf of LogMeIn, Inc., <br><br> Plaintiff, <br><br> v. <br><br> CADIAN CAPITAL MANAGEMENT, LP, CADIAN FUND LP, CADIAN MASTER FUND LP, CADIAN GP, LLC, CADIAN CAPITAL MANAGEMENT GP, LLC, ERIC BANNASCH, and LOGMEIN, INC., <br><br> Defendants. | 15 Civ. 8143 (ER) <br><br> **[PROPOSED] ORDER AND FINAL JUDGMENT** |

Plaintiff Terry Klein ("Plaintiff"), then a shareholder of LogMeIn, Inc. ("LogMeIn" or the "Company"), brought this action (the "Action") on behalf of LogMeIn pursuant to Section 16(b) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), to recover "short-swing" profits alleged to have been realized by defendants Cadian Capital Management, LP ("Cadian Capital"), Cadian Fund LP ("Cadian Fund"), Cadian Master Fund LP ("Cadian Master Fund"), Cadian GP, LLC ("Cadian GP"), Cadian Capital Management GP, LLC ("Cadian Capital GP"), and Eric Bannasch ("Bannasch") (collectively, the "Settling Defendants"), in connection with their purchases and sales of LogMeIn securities.

The parties having agreed to a settlement of the matters in issue between them, including all claims asserted in the Complaint in this Action, and having executed a Stipulation of Settlement dated May _3_, 2019 (the "Stipulation of Settlement", a copy of which is annexed as Exhibit A);

The Court, having considered the papers submitted to it and being otherwise fully advised:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Court has jurisdiction over the subject matter of this action, over the Plaintiff, over LogMeIn, and over the Settling Defendants.

2. The terms and conditions of the Stipulation and Settlement (the "Stipulation") are hereby incorporated by reference in this Order and Final Judgment.

3. The Court finds that Plaintiff, through her counsel, has vigorously prosecuted the claims set forth in the Complaint on behalf of LogMeIn.

4. The Stipulation is hereby approved as fair, reasonable and adequate, and in the best interests of LogMeIn and its shareholders. The parties are directed to consummate the Stipulation in accordance with its terms and provisions.

5. Plaintiff's counsel are hereby awarded an attorneys' fee (inclusive of reimbursement of costs and disbursements) in the amount of $138,119.38, which amount the Court finds to be fair and reasonable and which shall be paid to Plaintiff's counsel by the Settling Defendants no later than five (5) business days after this Order has become Final as set forth in paragraph 3(a) of the Stipulation.

6. Jurisdiction is hereby reserved over all matters relating to the enforcement, administration, and performance of the Stipulation of Settlement.

7. The Clerk of the Court is directed to enter and docket this Order and Final Judgment in this Action.

3

**SO ORDERED,**

_____
Edgardo Ramos, U.S.D.J
Dated: 5/9/2019
New York, New York

3